UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN DERRICK BAPTISTE** | **CASE NO. 6:19-CV-00488 SEC P** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **BRANDON DECOU, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITH PREJUDICE.**

THUS DONE in Chambers on this 9th day of July, 2019.

Robert R. Summerhays
United States District Judge