**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JOHN DERRICK BAPTISTE #002306435** | **CASE NO.  6:19-CV-00488 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BRANDON DECOU, ET AL.** | **MAGISTRATE JUDGE HANNA** |

**ORDER**

On July 9, 2019, the Court entered a Judgment dismissing this suit with prejudice. [ECF No. 12]. Plaintiff then filed a Notice of Appeal [ECF No. 17; *see also* ECF No. 20] and sought permission to proceed in forma pauperis on appeal. [ECF No. 21; *see also* ECF Nos. 23, 25]. On August 19, 2020, the Court denied the application to proceed in forma pauperis on appeal, finding that the appeal was not taken in good faith, as Plaintiff's claims are frivolous and barred by the statute of limitations. [ECF No. 28 at 2]. On September 3, 2020, Plaintiff filed a second motion to proceed in forma pauperis on appeal [ECF No. 30], which the Court denied on September 4, 2020. [ECF No. 31]. On September 8, 2020, Plaintiff filed a third motion to proceed in forma pauperis on appeal [ECF No. 32], which the Court denied on September 9, 2020. [ECF No. 33]. Plaintiff has now filed a Motion for Relief from Judgment pursuant to Fed. R. Civ. P. 60. [ECF No. 34]. Because Plaintiff has not identified any grounds for relief, the motion is **DENIED**.

The judicial system is generally accessible and open to all individuals who seek to advance a claim "which is arguably supported by existing law, or any reasonably based suggestion for its extension, modification, or reversal." *Farguson v. MBank Houston, N.A.*, 808 F.2d 358, 359 (5th Cir.1986). However, "one acting *pro se* has no license to harass others, clog the judicial machinery with meritless litigation, and abuse already overloaded court dockets." *Id.* Because the court has

dismissed this action with prejudice, and because plaintiff nevertheless continues to clog this closed case with multiple post-judgment motions that are frivolous, plaintiff is **WARNED** that future frivolous filings in this case will result in sanctions, including precluding him from making further filings without leave of court.

THUS DONE in Chambers on this 6th day of October, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE